# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 10-9947 VBK | Date | May 27, 2011 |
|---|---|---|---|
| Title | Kelly Sender v. Novak, Alinski and Associates, LLC, et al. | | |

| Present: The Honorable | VICTOR B. KENTON | |
|---|---|---|
| R. Horan | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiffs are ordered to show cause in writing no later than June 10, 2011, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this Order Show Cause, on or before the above date:

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's order may result in the dismissal of the action.

: 

Initials of Preparer   R.H.